# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

U.S.A. vs. Alexis Manuel Gonzalez                    Docket No. 5:09-CR-310-2BO

### Petition for Action on Supervised Release

COMES NOW Timothy L. Gupton, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Alexis Manuel Gonzalez, who, upon an earlier plea of guilty to 21 U.S.C. § 846, Conspiracy to Distribute and Possession With Intent to Distribute Cocaine, was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on March 16, 2010, to the custody of the Bureau of Prisons for a term of 27 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for 36 months under the standard conditions adopted by the court.

Alexis Manuel Gonzalez was released from custody on September 19, 2011, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On February 15, 2012, the defendant tested positive for the use of cocaine. The defendant initially denied any cocaine use; however, upon further inquiry by this probation officer, he eventually admitted using cocaine on February 13, 2012, due to depression related to unemployment and having to find a residence of his own. Based on this information, participation in drug aftercare and mental health treatment are recommended. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

2. The defendant shall participate in a program of mental health treatment, as directed by the probation office.

Alexis Manuel Gonzalez
Docket No. 5:09-CR-310-2BO
Petition For Action
Page 2

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/Michael C. Brittain | /s/Timothy L. Gupton |
| Michael C. Brittain | Timothy L. Gupton |
| Senior U.S. Probation Officer | U.S. Probation Officer |
|  | 310 New Bern Avenue, Room 610 |
|  | Raleigh, NC 27601-1441 |
|  | Phone: (919) 861-8660 |
|  | Executed On: February 17, 2012 |

## ORDER OF COURT

Considered and ordered this 17 day of February, 2012, and ordered filed and made a part of the records in the above case.

Terrence W. Boyle
U.S. District Judge