# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

U.S.A. vs. Alexis Manuel GonzalezDocket No. 5:09-CR-310-2BO

### Petition for Action on Supervised Release

COMES NOW Timothy L. Gupton, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Alexis Manuel Gonzalez, who, upon an earlier plea of guilty to 21 U.S.C. § 846, Conspiracy to Distribute and Possession With Intent to Distribute Cocaine, was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on March 16, 2010, to the custody of the Bureau of Prisons for a term of 27 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for 36 months under the standard conditions.

Alexis Manuel Gonzalez was released from custody on September 19, 2011, at which time the term of supervised release commenced. On February 15, 2012, the defendant tested positive for cocaine, and on February 21, 2012, a Petition for Action on Supervised Release was filed adding the drug aftercare and mental health conditions.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On February 29, 2012, the defendant reported for an office visit to discuss his enrollment in substance abuse counseling and mental health treatment. During the office visit, a urinalysis screening was submitted, which tested positive for cocaine. The defendant initially denied any drug use; however, upon further inquiry by this probation officer, the defendant admitted that he "used a small amount of cocaine," but knew his enrollment in substance abuse counseling would help him stop using. Based on this information, participation in a cognitive behavioral program (The HOPE Program) is recommended to assist the defendant with his decision making abilities. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a cognitive behavioral program as directed by the probation office.

Alexis Manuel Gonzalez
Docket No. 5:09-CR-310-2BO
Petition For Action
Page 2

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/Michael C. Brittain | /s/Timothy L. Gupton |
| Michael C. Brittain | Timothy L. Gupton |
| Senior U.S. Probation Officer | U.S. Probation Officer |
| | 310 New Bern Avenue, Room 610 |
| | Raleigh, NC 27601-1441 |
| | Phone: (919) 861-8660 |
| | Executed On: March 2, 2012 |

## ORDER OF COURT

Considered and ordered this 8 day of March, 2012, and ordered filed and made a part of the records in the above case.

Terrence W. Boyle
U.S. District Judge